SMITH, Appellant, v. EMPIRE TRANSP. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. July 30, 1897.) Action by Hannah Smith, as administrator of George W. Smith, deceased, against the Empire Transportation Company. ·Elijah W. Holt, for appellant. John G. Milburn, for respondent.

PER CURIAM. This action has been twice tried. On the first trial the plaintiff recovered a judgment, which was reversed. 89 Hun, 588, 35 N. Y. Supp. 534. On the trial under review the evidence contained in the record on which the first appeal was heard was read, no new evidence being offered by either party. The judgment and order are affirmed, with costs, on the opinion reported in 89 Hun, 588, 35 N. Y. Supp. 534. All concur.

SMITH, Respondent, v. CITY OF BUFFALO, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by Junius S. Smith against the city of Buffalo. No opinion. Judgment affirmed, with costs. See 39 N. Y. Supp. 881.

SMITH, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by David F. Smith against the New York Central & Hudson River Railroad Company. No opinion. Order affirmed, with costs. See 38 N. Y. Supp. 666, and 39 N. Y. Supp. 1119.

SMITH, Respondent, v. UNANGST, Appellant. (Supreme Court, Appellate Term. July 29, 1897.) Action by Charles Sumner Smith against Eugene P. Unangst. For former report, see 46 N. Y. Supp. 340. Shiland & Honeyman, for appellant. A. Burr Chalmers, for respondent.

PER CURIAM. Application for leave to appeal to the appellate division will be granted if the appellant will stipulate that the only question to be presented on such appeal shall be the correctness of the ruling that the promise of the drawer to pay after dishonor of the draft "may have been taken as an admission that his liability had attached, and so supported an inference of a prior presentment to and a refusal by the drawee sufficient to charge him."

SPERLING v. BOLL et al. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Pauline Sperling against Adolf Boll and others. No opinion. Motion granted, with $10 costs. See 41 N. Y. Supp. 889.

STANBACH v. MAYOR OF CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by B. Stanbach against the mayor of the city of New York. No opinion. Motion denied, with $10 costs.

STANBACH, Respondent, v. MAYOR, ETC., OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate · Division, First Department. August 4, 1897.) Action by B. Stanbach against the mayor, aldermen, and commonalty of city of New York. G. O'Reilly, for appellant. W. S. Bennett, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

STATE BANK OF RANDOLPH, Respondent, v. ERB et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 29, 1897.) Action by the State Bank of Randolph against Joseph C. Erb and Cressie H. Erb. No opinion. Judgment affirmed, with costs.

STATE NAT. BANK, Respondent, v. WEED, Appellant. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by the State National Bank against Smith M. Weed. F. E. Smith, for appellant. H. R. Bayne, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re STATEN ISLAND MIDLAND R. CO. (Supreme Court, Appellate Division, Second Department. July 7, 1897.) In the matter of the application of the Staten Island Midland Railroad Company. No opinion. Objections overruled. Objectors must file answers within five days, and the issues that may be joined are hereby referred to George W. Wingate to take proof as to the same, and report his opinion thereon. Reference to proceed on five days' notice.

In re STATEN ISLAND MIDLAND R. CO. (Supreme Court, Appellate Division, Second Department. August 2, 1897.) In the matter of the application of the Staten Island Midland Railroad Company. No opinion. Objections overruled. Objectors must file answer within five days, and the issues that may be joined are hereby referred to George W. Wingate to take proof as to the same, and report his opinion thereon. Reference to proceed on five days' notice.

STATE TRUST CO. v. CASINO CO. et al. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the State Trust Company, as trustee, against the Casino Company and others. No opinion. Motion to dismiss appeal denied, with $10 costs. See 46 N. Y. Supp. 492.

STATE TRUST CO. v. CASINO CO. et al. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the State Trust Company against the Casino Company and others. No opinion. Proceedings stayed without security until the first motion day of the October term. See 46 N. Y Supp. 492.

STEEL CABLE ENGINEERING CO., Respondent, v. AMERICAN GLUCOSE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by the Steel Cable Engineering Company